

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Tanner Lucas Guerra,                          * From the 32nd District Court
                                                of Nolan County,
                                                Trial Court No. 11601.

Vs. No. 11-16-00214-CR                        * January 26, 2017

The State of Texas,                           * Per Curiam Memorandum Opinion
                                                (Panel consists of: Wright, C.J.,
                                                Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is error in the judgment below but that the error does not constitute reversible error. Therefore, in accordance with this court's opinion, we modify the judgment to reflect that the amount of attorney's fees assessed against Appellant is $500, not $2,000, and we dismiss the appeal.